UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. TOMASEK, | No. C- 06-7805 JCS |
| Plaintiff, | **ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS [Docket No. 3]** |
| v. | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

The Court is in receipt of Plaintiff's Application To Proceed In Forma Pauperis ("the Application"). Plaintiff has consented to the jurisdiction of a United States magistrate judge, pursuant to 28 U.S.C. § 636(c). Based on its review of Plaintiff's Application, the Court GRANTS Plaintiff's Application to proceed in forma pauperis. **The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendant**.

IT IS SO ORDERED.

DATED: January 10, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge