JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOMASEK,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Michael J. Astrue,  )<br>COMMISSIONER of the SOCIAL  )<br>SECURITY ADMINISTRATION,  )<br>  )<br>Defendant.  )<br>_____ ) | No. CV 06-07805 JCS<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER FOR EXTENSION OF<br>TIME TO FILE PLAINTIFF'S<br>REPLY/OPPOSITION<br><br>(no hearing) |

IT IS HEREBY STIPULATED by and between the parties (at Plaintiff's request), through their undersigned attorneys, pursuant to L.R. 6-2(a), and subject to approval of the Court, that Plaintiff may have an extension of 14 days, or from August 10, 2007 to August 24, 2007, in which to file his Reply and Opposition to Defendant's Cross-motion. Plaintiff's undersigned attorney here declares that: this is Plaintiff's first request for an extension for this or any filing. There would be no effect on deadlines, as this is the final document to complete submission to the court without oral argument.

DATE: August 10, 2007              /s/_____
                                    James Hunt Miller
                                    Attorney for Plaintiff

DATE: August 10, 2007              Scott N. Schools

*Stip Plf's extn for reply – Tomasek v. SSA CV 06-7805 JCS*                                    1

|   |   |
|---|---|
| 1 | United States Attorney |
| 2 |   |
| 3 | By:/s/[1]_____<br>Mary P. Parnow<br>Special Assistant U.S. Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: ___August 13, 2007_____     _____
                                    United States Magistrate Judge

*Judge Joseph C. Spero*

---

[1] This signature is authorized on behalf of Defendant's counsel, by her designate attorney and Special Assistant U.S. Attorney, Armand Roth, as communicated verbally (on the phone) to the filer.

*Stip Plf's extn for reply – Tomasek v. SSA CV 06-7805 JCS*     2